IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARIA RUHTENBERG<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF IOWA, and<br>JEFF WRIGHT, in his individual capacity,<br><br>Defendants. | Case No. 4:25-cv-00473<br><br><br><br>**DEFENDANTS' MOTION FOR<br>EXTENSION OF DEADLINE<br>TO RESPOND TO COMPLAINT<br>(UNRESISTED)** |

**COME NOW** Defendants the State of Iowa and Jeff Wright and, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7, move this Court for an extension to Defendants deadline to file a response to Plaintiff Maria Ruhtenberg's Complaint and Jury Demand. In support of this motion, Defendants state the following:

1. Plaintiff filed her Complaint on November 24, 2025, raising a single claim against Defendants under 42 U.S.C. § 1983 ("Count I"). (ECF No. 1).

2. Defendants accepted service of the Complaint on December 1, 2025.

3. As such, Defendants' deadline to file an answer or pre-answer motion is January 30, 2026.

4. The parties are currently engaged in preliminary talks to determine whether out-of-court resolution of this case is possible.

5. Additionally, on consultation with Plaintiff's counsel, the undersigned anticipates Plaintiff filing an Amended Complaint to remove the State of Iowa as a named defendant, given the State's Eleventh Amendment immunity.

6. Rule 6(b) allows the Court to extend the deadline for Defendants to respond to the Complaint. *See* Fed. R. Civ. P. 6(b)(1).

7. Defendants believe a thirty-day extension would provide ample time for the parties to determine whether to pursue further settlement negotiations and for Plaintiff to file her Amended Complaint.

8. The undersigned has conferred with Plaintiff's counsel, and Plaintiff does not object to this request.

## CONCLUSION

**WHEREFORE** Defendants respectfully request the Court grant this Motion and enter an order approving a thirty-day extension of Defendants' current deadline to respond to Plaintiff's Complaint.

Respectfully submitted,

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
Ph:     (515) 281-7240
christopher.deist@ag.iowa.gov
ATTORNEY FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on January 29, 2026:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: */s/ Audra Jobst*