IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARIA RUHTENBERG,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STATE OF IOWA and JEFF WRIGHT, in his individual capacity,<br><br>　　　Defendants. | Case No. 4:25-cv-00473-RGE-HCA<br><br><br>**DISMISSAL OF DEFENDANT STATE OF IOWA**<br>**(WITHOUT PREJUDICE)** |

　　　COMES NOW the Plaintiff, Maria Ruhtenberg, and hereby dismisses without prejudice her claims against Defendant State of Iowa.


　　　　　　　　　　　　　　　　　　　　　　　　___/s/_ _David Albrecht_____
　　　　　　　　　　　　　　　　　　　　　　　　IOWA EMPLOYMENT ATTORNEYS, P.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　David Albrecht AT0012635
　　　　　　　　　　　　　　　　　　　　　　　　david@iowaemploymentattorneys.com
　　　　　　　　　　　　　　　　　　　　　　　　7001 Westown Parkway, Suite 212
　　　　　　　　　　　　　　　　　　　　　　　　West Des Moines, IA 50266
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 515.328.6019
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 515.513.4657

　　　　　　　　　　　　　　　　　　　　　　　　FIEDLER LAW FIRM, P.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　Madison Fiedler-Carlson AT0013712
　　　　　　　　　　　　　　　　　　　　　　　　madison@employmentlawiowa.com
　　　　　　　　　　　　　　　　　　　　　　　　8831 Windsor Parkway
　　　　　　　　　　　　　　　　　　　　　　　　Johnston, IA 50131
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (515) 254-1999
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (515) 254-9923
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF