IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARIA RUHTENBERG,<br><br>     Plaintiff,<br><br>v.<br><br>JEFF WRIGHT,<br><br>     Defendant. | CASE NO. 4:25-cv-00473-RGE-HCA<br><br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

COME NOW Plaintiff Maria Ruhtenberg and Defendant Jeff Wright, by which and through their respective undersigned counsel, stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: May 18, 2026


/s/  *David Albrecht*
IOWA EMPLOYMENT ATTORNEYS, P.L.C.
David Albrecht AT0012635
david@iowaemploymentattorneys.com
7001 Westown Pkwy, Suite 212
West Des Moines, IA 50266
Telephone: (515) 328-6019
Fax: (515) 513-4657

FIEDLER LAW FIRM, P.L.C.
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFF

/s/  *Christopher Deist*
CHRISTOPHER J. DEIST
Assistant Attorney General
Hoover Building, Second Floor
Des Moines, Iowa 50319
Ph: (515) 281-7240
christopher.deist@ag.iowa.gov
ATTORNEY FOR DEFENDANT

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Joint Dismissal was served upon

Defendant's counsel through the Court's CM/ECF filing system on May 18, 2026.

/s/ Joe Wagner

Copy to:

Christopher Deist
christopher.deist@ag.iowa.gov
Attorney for Defendant